IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JOEL LEE WALLACE,**            :

      Petitioner,            :

VS.                              :   **CIVIL ACTION 07-0281-WS-B**

**FRANCISCO QUINTANA,**          :

      Respondent.            :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

    **DONE** this 22nd day of May, 2008.

                                   S/WILLIAM H. STEELE
                                   UNITED STATES DISTRICT JUDGE