IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOEL LEE WALLACE,                    :

      Petitioner,            :

VS.                                  :   CIVIL ACTION 07-0281-WS-B

FRANCISCO QUINTANA,                  :

      Respondent.            :


JUDGMENT


    It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

    **DONE** this 22nd day of May, 2008.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE